**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MICHAEL KAPLAN,

          Plaintiff,

-against-

BOY SCOUTS OF AMERICA and GREATER NEW
YORK COUNCILS, BOY SCOUTS OF AMERICA,

         Defendants.

------------------------------------- x

ORDER

20 Civ. 1517 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' time to respond to Plaintiff's complaint is extended by sixty (60) days. The initial conference scheduled for May 20, 2020 at 9:30 am is canceled.

Dated: New York, New York
   February 27, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge