```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL KAPLAN,

                          Plaintiff,                        20-CV-1517 (GBD) (KHP)

      -against-                                        **STATUS ORDER**

BOY SCOUTS OF AMERICA and GREATER
NEW YORK COUNCILS, BOY SCOUTS OF
AMERICA,

                          Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On March 5, 2020 this case was stayed due to pending bankruptcy proceedings. (ECF No. 13.) Defense counsel later notified the Court that the Bankruptcy Court for the District of Delaware entered a third stipulation further extending the stay period through March 19, 2021. (*See* ECF No. 20.) That period having now expired, the Court directs the parties to submit a status letter **by April 12, 2021** to update the Court as to the status of the bankruptcy proceedings and whether the above-captioned action is ready to proceed.

      SO ORDERED.

DATED:     New York, New York
                  March 29, 2021

                                                          */s/ Katharine H. Parker*
                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge