**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MICHAEL KAPLAN,

                        Plaintiff,                      20-CV-1517 (GBD) (KHP)

      -against-                                            **STATUS ORDER**

BOY SCOUTS OF AMERICA and GREATER
NEW YORK COUNCILS, BOY SCOUTS OF
AMERICA,

                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On March 5, 2020 this case was stayed due to pending bankruptcy proceedings. (ECF No. 13.) Defense counsel later notified the Court that the Bankruptcy Court for the District of Delaware entered a fifth stipulation further extending the stay period up to and including the date of the first omnibus hearing after the Bankruptcy Court issues a decision confirming or denying the Plan, as that term is defined in the Bankruptcy Court's Order. (*See* ECF No. 24.) Accordingly, the Court directs the parties to submit a status letter **within two weeks** after the first omnibus hearing after the Bankruptcy Court issues its decision.

      SO ORDERED.

DATED:      New York, New York
                  August 23, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021