```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

MICHAEL KAPLAN,

                                    Plaintiff,

                   -against-

BOY SCOUTS OF AMERICA and GREATER
NEW YORK COUNCILS, BOY SCOUTS OF
AMERICA,

                                  Defendants.

----------------------------------------------------------------X

**20-CV-1517 (GBD) (KHP)**

**STATUS ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 5, 2020 this case was stayed due to pending bankruptcy proceedings.  (ECF No. 13.)  Defense counsel later notified the Court that the Bankruptcy Court for the District of Delaware entered a sixth stipulation further extending the stay period up to and including the date of the first omnibus hearing after the Bankruptcy Court issues a decision confirming or denying the Plan, as that term is defined in the Bankruptcy Court's Order.  (*See* ECF No. 25.)  The Court directed Counsel to provide a status update on or before June 14, 2022 (ECF No. 27.)  Accordingly, the Court directs the parties to submit a status letter by **November 22, 2022**.

       **SO ORDERED.**

DATED:     New York, New York
            November 15, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge